UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| LUIS TORRES, | ) | CASE NO. 1:06 CV 1553 |
| | ) | |
| Petitioner, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | <u>JUDGMENT ENTRY</u> |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed pursuant to 28 U.S.C. § 2243. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

*s/ Sara Lioi*
SARA LIOI
UNITED STATES DISTRICT JUDGE

Dated: March 29, 2007